UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

VIVIAN JOYCE BIELSKI,

    Debtor
_____

CLINTON C. WYNN,

    Appellant,

v.

VIVIAN JOYCE BIELSKI,

    Appellee.
_____/

Bankruptcy Case No: 8:17-bk-469 MGW

Civil Case No. 8:19-cv-621-T-24

## ORDER

This cause comes before the Court on Appellee's Motion to Tax Costs. (Doc. No. 35). Appellant opposes the motion. (Doc. No. 37). As explained below, the motion is granted.

This case involves an appeal of a bankruptcy court order on Appellant Wynn's motion to vacate or enforce the parties' settlement agreement. This Court affirmed the bankruptcy court's order, and as such, Appellee is the prevailing party in this appeal. Thereafter, Appellee filed the instant motion to tax costs, in which she asks this Court to award her the cost of the transcript of the bankruptcy court's trial on the motion, which totals $377.20. This Court finds that the transcript was necessarily obtained for use in this appeal.

Appellant opposes the motion, arguing that the same transcript is being used in a related appeal, and if he wins the related appeal and seeks the cost of the transcript, the end result will be

a wash. Therefore, Appellant asks that this Court defer ruling on this motion until the related appeal is resolved.

The Court has already deferred ruling on this motion for three months and finds that further delay is not warranted. Appellee is entitled to an award of this cost in this appeal. If Appellant is successful in the related appeal, he can seek reimbursement of the cost there. No party will be prejudiced by awarding Appellee her costs in this case.

Accordingly, it is ORDERED AND ADJUDGED that Appellee's Motion to Tax Costs (Doc. No. 35) is **GRANTED**. Appellee is awarded $377.20 in costs, and the Clerk is directed to tax these costs against Appellant.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of January, 2020.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record